755 A.2d 686

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Robert Paul ELLENTUCK, Respondent.**

**No. 586 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 28, 2000.

## ORDER

PER CURIAM:

AND NOW, this 28th day of June, 2000, there having been filed with this Court by Robert Paul Ellentuck his verified

Statement of Resignation dated April 14, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Robert Paul Ellentuck be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.